Certificate Number: 16339-PAE-DE-039727874

Bankruptcy Case Number: 25-11936



16339-PAE-DE-039727874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2025, at 12:52 o'clock PM EDT, Sahar Almotawakel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2025         By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor